**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   STEPHANIE S SOWELL                                     Case No.: 10-16421

                Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/14/2010.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/23/2010.

6) Number of months from filing to the last payment:  4

7) Number of months case was pending:  7

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    26,937.84

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,478.24 |
| Less amount refunded to debtor | $ | 834.12 |
| **NET RECEIPTS** | $ | 2,644.12 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,665.45 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 71.20 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,736.65 |
| Attorney fees paid and disclosed by debtor | $ | 470.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL AUTO C | SECURED | 14,514.00 | 14,871.27 | 14,514.00 | 907.47 | .00 |
| WELLS FARGO BK/US BK | OTHER | NA | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 3,516.00 | 3,516.62 | 3,516.62 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 2,129.00 | 2,129.38 | 2,129.38 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 8,081.00 | .00 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 76,450.00 | 123,586.83 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | UNSECURED | 53,003.14 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 5,317.14 | .00 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 80,000.00 | .00 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 16,636.00 | .00 | .00 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | 324,666.00 | 503,356.67 | .00 | .00 | .00 |
| ONEWEST BANK FSB | UNSECURED | 175,992.00 | .00 | .00 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | 58,638.00 | 72,257.24 | .00 | .00 | .00 |
| ONEWEST BANK FSB | UNSECURED | 58,638.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,500.00 | 2,971.00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 618.00 | 618.65 | 618.65 | .00 | .00 |
| CITIBANK | UNSECURED | 1,243.00 | 1,770.02 | 1,770.02 | .00 | .00 |
| CITIBANK USA | UNSECURED | 2,019.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | .00 | 1,366.40 | 1,366.40 | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 1,357.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| HINSDALE BANK & TRUS | UNSECURED | 6,106.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC BANK NEVADA | UNSECURED | 1,825.00 | 2,036.98 | 2,036.98 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 515.00 | 609.41 | 609.41 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | .00 | 1,050.90 | 1,050.90 | .00 | .00 |
| INDY MAC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ROGERS & HOLLANDS | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 4,449.00 | 4,283.62 | 4,283.62 | .00 | .00 |
| LISLE WOODRIDGE FIRE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| US BANK | OTHER | .00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 200.00 | .00 | 3,350.00 | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO HEIG | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| WM SPECIALITY | OTHER | .00 | NA | NA | .00 | .00 |
| TNB VISA | UNSECURED | 954.00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 19,706.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 325.00 | 361.74 | 361.74 | .00 | .00 |
| RONALD CONWELL | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | .00 | 13,866.24 | 13,866.24 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | .00 | 89,476.11 | 89,676.11 | .00 | .00 |
| CITIFINANCIAL AUTO C | UNSECURED | .00 | .00 | 357.27 | .00 | .00 |
| HINSDALE BANK & TRUS | SECURED | .00 | .00 | .00 | .00 | .00 |
| ONYX ACCEPTANCE CORP | SECURED | NA | 8,114.13 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO OPERATIO | SECURED | NA | 17,222.41 | .00 | .00 | .00 |
| WELLS FARGO OPERATIO | SECURED | NA | 3,854.37 | .00 | .00 | .00 |
| WELLS FARGO OPERATIO | OTHER | NA | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | NA | 1,078.84 | 1,078.84 | .00 | .00 |
| ONEWEST BANK FSB | SECURED | NA | 13,373.29 | .00 | .00 | .00 |
| ONEWEST BANK FSB | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | 37,860.32 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | 32,286.47 | .00 | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 103,542.35 | .00 | .00 |
| Debt Secured by Vehicle | 14,514.00 | 907.47 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 118,056.35 | 907.47 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 22,529.83 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,736.65 |
| Disbursements to Creditors | $ | 907.47 |
| **TOTAL DISBURSEMENTS:** | $ | 2,644.12 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/22/2010                              /s/ Tom  Vaughn
                                                 Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**